**ANTHONY L. VELASQUEZ, ESQ.**
NJ Attorney Id #021651997
Corporate Counsel, First Property
575 Rt. 70, 2nd Flr.; P.O. Box 1030
Brick, New Jersey 08723
(t)732-903-1966; (f)732-416-7861
avelasquez@tryko.com
Attorney for KKR Holdings, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:

Stephen DeSimone,

        Debtor.

Case No. 18-32382-KCF

Chapter 13

Judge: Kathryn C. Ferguson

**SUPPLEMENTAL OBJECTION TO DEBTOR'S PLAN**

Creditor, KKR Holdings, LLC ("KKR Creditor"), in the above-captioned Chapter 13 proceeding hereby objects to Debtor's Plan for the following reasons:

1. On November 28, 2018, KKR Creditor filed an OBJECTION to the Debtor's plan based upon failure to provide for full payment to KKR Creditor.

2. The Trustee has subsequently filed an OBJECTION to the plan, with a current return date of March 27, 2019.

3. Within the Trustee's objection, it states (among other objections) that KKR Creditor's claim must either be proposed to be satisfied in full or else proposed to be crammed down, but not both.

4. KKR Creditor's claim is based upon its states as the holder of a Tax Sale Certificate against Debtor's property at 9 Harvest Way, Little Egg Harbor, NJ.

5. The Tax Sale Certificate is dated December 17, 2013. It was recorded in the Ocean County Clerk's Office on February 20, 2014, in Book 15749, Page 789. It was assigned

to KKR Creditor on June 25, 2018, and such assignment was recorded with the Ocean County Clerk's Office on June 28, 2018 in Book 17160, Page 1658. Copy of the Tax Sale Certificate and Assignment is attached at **Exh. A**.

6. Debtor cannot seek to cram-down or reduce the amounts or interest rate of KKR Creditor's claim in Bankruptcy since KKR Creditor's claim is in fact a "tax claim" pursuant to §511(a) of the Bankruptcy Code. Such reduction is impermissible under law in accordance with *In re Princeton Office Park,* A-107-11 (decided June 25, 2014).

7. FNA Creditor's tax sale certificate and subsequent tax payments must continue to accrue at the statutory interest rate in accordance with *In re: Kopec*, 473 *B.R.* 597 (D.N.J. 2012).

8. KKR Creditor filed a Proof of Claim listing the secured amount of $97,873.29. Debtor's proposed plan does not provide for proper payment to this creditor for the properly secured tax sale certificate against Debtor's property, since the total amount due to this creditor under the plan must be $97,873.29 in accordance with applicable non-bankruptcy law and Court Rules.

9. Debtor's plan violates 11 U.S.C. § 1322(a)(2) since it does not provide payment in full for the tax sale certificate(s) claims held by this secured creditor nor priority claims such as post-petition real estate taxes due to the municipality and/ or other lienholders senior to the rights of this creditor. This results in inadequate protection to this creditor.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2019

By: /s/ Anthony L. Velasquez, Esq.
Anthony L. Velasquez, Esq., Attorney
for Creditor KKR Holdings, LLC

Branch :AXS,User :NJAX    Order: 1816338  Title Officer:  Comment:    Station Id :US9R

# CERTIFICATE OF SALE
## FOR UNPAID MUNICIPAL LIENS

RETURN TO:
NORMAN REMICK
DIANE REMICK
P.O. BOX 39
BARNEGAT, NJ 08005

CERTIFICATE No. 13-00105

I, DAYNA WILSON, COLLECTOR OF TAXES of the taxing district of the TOWNSHIP of LITTLE EGG HARBOR in the COUNTY of OCEAN and State of New Jersey, do hereby certify that on the 17th day of December, 2013 at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statutes of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to N. OR D. REMICK - TRUSTEE

whose address is P.O. BOX 39, BARNEGAT, NJ 08005

for Six Thousand Seven Hundred Twenty Three dollars and Seven cents, the land in said taxing district described as Block No. 282. 02  Lot No. 12, on the tax duplicate thereof and assessed thereon to DESIMONE, STEPHEN & ANNA MARIE and known as 9 HARVEST WAY

### THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:

| | | | TOTAL |
|---|---|---|---|
| Taxes For: 2013 | 4,952.38 | 331.28 | 5,283.66 |
| Sewer | 360.00 | 30.98 | 390.98 |
| Water | | 48.43 | 948.43 |
| Assessments For Improvements | | | |
| Total Cost of Sale | 100.00 | | 100.00 |
| Total | | | 6,723.07 |
| Premium (if any) Paid | 0.00 | | |

INSTR # 2014013565 OR BK 15749 PG 789 02/20/2014 12:32:58 PM
SCOTT M. COLABELLA COUNTY CLERK, OCEAN COUNTY NEW JERSEY

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of 18.00 per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after December 31, 2013; and assessment municipal authority charges accruing after December 31, 2013 dollars and interest thereon. installments not yet due, amounting to 0.00

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 17th day of December, 2013

STATE OF NEW JERSEY
COUNTY OF: OCEAN

_Dayna Wilson, CTC_
DAYNA WILSON, COLLECTOR OF TAXES

BE IT REMEMBERED, that on this 17th day of December 2013 before me a Notary Public of New Jersey, personally appeared DAYNA WILSON the Collector of Taxes of the taxing district of Little Egg Harbor Township in the County of OCEAN, who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: _Dayna Wilson, CTC_    _Diana K. McCracken_
DAYNA WILSON, PREPARER    DIANA K. MCCRACKEN, NOTARY PUBLIC
Diana K. McCracken
Notary Public, State of New Jersey
ID# 2428856
Commission Expires Jul 15, 2018

NOTE: NJSA 46:15-3 requires that all signatures appearing on the certificate of acknowledgement of the collector, the Notary Public who takes this acknowledgement, and the preparer shall be printed, typed or stamped underneath such signature the name of the person that signed.

DLGS Rev. 10/99

1-30 CASA10

Book15749/Page789

OCEAN,NJ
Document: TSC 15749.789

Page 1 of 1    Printed on 8/16/2018 8:36:32 AM

Branch :AXS,User :NJAX    Order: 1816338    Title Officer:    Comment:    Station Id :US9R

Prepared by: *Norman Remick*
Norman Remick

## ASSIGNMENT OF TAX CERTIFICATES OF SALE

KNOW ALL MEN BY THESE PRESENTS, that N. or D. Remick - Trustee ("Assignor"), having an address of P.O. Box 39, Barnegat, N.J. 08005, in consideration of the sum of Seventy Eight Thousand One Hundred Seventy Six dollars ($78,176) paid by KKR HOLDINGS, LLC("Assignee") having an address of PO Box 1030, Brick, NJ 08723, receipt of which is hereby acknowledged at or before the ensealing and delivery of these presents, has granted, bargained, sold, assigned, transferred, and set over, and by these presents does grant, bargain, sell, assign, transfer, and set over unto the said Assignee, its successors and assigns, all of the Assignor's right, title, and interest in and to the following Certificates of Sale, which said Certificates were recorded in the Clerk's Office of the County of Ocean and State of New Jersey, and which were previously sold to the Assignor by the Collector of Taxes of the Municipalities indicated below in the County of Ocean in New Jersey:

| Municipality | Name | Block | Lot | Tax Sale Certificate | Recorded Instrument # |
|---|---|---|---|---|---|
| Little Egg Harbor | Desimone, Stephen & Anna Marie | 282.02 | 12 | 13-00105  12/17/2013 | MB 15749 / PG 789 |
| Jackson | Bailey, Robert Jr & Rose & Mulaney, M | 18503 | 37 | 17-00141  10/4/2017 | MB 16971 / PG 1485 |

This Assignment is made without recourse and without warranties or representations of any kind whatsoever by the Assignor regarding said Certificates of Sale and property to which it refers. Assignee assumes all risks in connection with subject Certificates of Sale and property to which it refers.

IN WITNESS WHEREOF, said Assignor has hereunto set its hand and seal this 25th day of June 2018.

_____    _____
Witness                                              NORMAN REMICK,
                                                     AS N. REMICK – TRUSTEE
                                                     N. or D. REMICK - TRUSTEE

### ACKNOWLEDGMENT

STATE OF NEW JERSEY, COUNTY OF OCEAN, ss:

I CERTIFY that on June 25, 2018 Norman Remick personally came before me and acknowledged to my satisfaction that he is the person named in and personally signed the attached document; and that he signed, sealed, and delivered this document as his voluntary act and deed as Trustee for the uses and purposes therein expressed.

_____
NOTARY PUBLIC
JAIME L. RAFFERZEDER
NOTARY PUBLIC OF NEW JERSEY
ID # 50006614
My Commission Expires 11/26/2019

R & R
KKR Holdings, LLC
PO Box 1030
Brick, NJ 08723