Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−32382−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Joseph DeSimone
   9 Harvest Way
   Little Egg Harbor, NJ 08087

Social Security No.:
   xxx−xx−1395

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/12/18 and a confirmation hearing on such Plan has been scheduled for 6/12/19.

The debtor filed a Modified Plan on 5/30/19 and a confirmation hearing on the Modified Plan is scheduled for 7/10/19 AT 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 30, 2019
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-32382-KCF
Stephen Joseph DeSimone                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                Page 1 of 2                Date Rcvd: May 30, 2019
                               Form ID: 186               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db          +Stephen Joseph DeSimone,    9 Harvest Way,    Little Egg Harbor, NJ 08087-4043
cr          +KKR Holdings, LLC,    PO Box 1030,    575 Route 70 2nd Flr,    Brick, NJ 08723-4042
517940502   +Christiana Trust as,,    Custodian, GSRAN-Z, LLC,    1266 West Paces Ferry Rd.,    Box #517,
             Atlanta, GA 30327-2306
517865469   +KRK Holdings LLC,    c/o Anthony Velasquez, Esq,    575 Route 70, 2nd Floor,    PO box 1030,
             Brick, NJ 08723-0090
517892780   +KRK Holdings, LLC,    P.O. Box 1030,    Brick, NJ 08723-0090
517936778   +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517922513    Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern PA 19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 23:34:23     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 23:34:20     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517964315   +E-mail/Text: g20956@att.com May 30 2019 23:34:47     AT&T Mobility II LLC,
             %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
517924222    E-mail/Text: ally@ebn.phinsolutions.com May 30 2019 23:33:44     Ally Capital,    PO Box 130424,
             Roseville MN 55113-0004
517865468   +E-mail/Text: ally@ebn.phinsolutions.com May 30 2019 23:33:44     Ally Financial,
             200 Renaissance Center,    Detroit, MI 48243-1300
517871900   +E-mail/Text: bankruptcy@cavps.com May 30 2019 23:34:36     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517895358    E-mail/Text: mrdiscen@discover.com May 30 2019 23:33:45     Discover Bank,
             Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517881521    E-mail/Text: cook@leht.com May 30 2019 23:33:40     Township of Little Egg Harbor,
             665 Radio Road,    Little Egg Harbor, NJ 08087
517972138    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2019 23:52:31
             Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
             Norfolk VA 23541
517868362   +E-mail/PDF: gecsedi@recoverycorp.com May 30 2019 23:30:18     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517972699   +E-mail/PDF: gecsedi@recoverycorp.com May 30 2019 23:30:17     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
```
          Albert Russo    docs@russotrustee.com
          Anthony L. Velasquez    on behalf of Creditor    KKR Holdings, LLC avelasquez@tryko.com
          Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Kubota Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Robert H. Johnson    on behalf of Debtor Stephen Joseph DeSimone ecfmail@rhjlaw.com,
           r43974@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 30, 2019
                              Form ID: 186             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                     TOTAL: 6