Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−32382−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephen Joseph DeSimone
    9 Harvest Way
    Little Egg Harbor, NJ 08087

Social Security No.:
    xxx−xx−1395

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/13/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: November 14, 2019
JAN: dmi

                                                                                                          Jeanne Naughton
                                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32382-MBK
Stephen Joseph DeSimone                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Nov 14, 2019
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db          +Stephen Joseph DeSimone,    9 Harvest Way,    Little Egg Harbor, NJ 08087-4043
cr         #+KKR Holdings, LLC,    PO Box 1030,    575 Route 70 2nd Flr,    Brick, NJ 08723-4042
517940502    +Christiana Trust as,,    Custodian, GSRAN-Z, LLC,    1266 West Paces Ferry Rd.,    Box #517,
               Atlanta, GA 30327-2306
517865469   #+KRK Holdings LLC,    c/o Anthony Velasquez, Esq,    575 Route 70, 2nd Floor,    PO box 1030,
               Brick, NJ 08723-0090
517892780   #+KRK Holdings, LLC,    P.O. Box 1030,    Brick, NJ 08723-0090
517936778    +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:44     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517964315    +EDI: CINGMIDLAND.COM Nov 15 2019 04:13:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
               KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
517924222     EDI: GMACFS.COM Nov 15 2019 04:13:00     Ally Capital,    PO Box 130424,
               Roseville MN 55113-0004
517865468    +EDI: GMACFS.COM Nov 15 2019 04:13:00      Ally Financial,    200 Renaissance Center,
               Detroit, MI 48243-1300
517871900    +E-mail/Text: bankruptcy@cavps.com Nov 15 2019 00:21:01     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517895358     EDI: DISCOVER.COM Nov 15 2019 04:13:00     Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
517881521     E-mail/Text: cook@leht.com Nov 15 2019 00:15:10     Township of Little Egg Harbor,
               665 Radio Road,    Little Egg Harbor, NJ 08087
517972138     EDI: PRA.COM Nov 15 2019 04:13:00     Portfolio Recovery Associates, LLC,
               C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517868362    +EDI: RMSC.COM Nov 15 2019 04:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517972699    +EDI: RMSC.COM Nov 15 2019 04:13:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
517922513     EDI: BL-TOYOTA.COM Nov 15 2019 04:13:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Anthony L. Velasquez    on behalf of Creditor    KKR Holdings, LLC avelasquez@tryko.com
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Kubota Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2019
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert H. Johnson    on behalf of Debtor Stephen Joseph DeSimone ecfmail@rhjlaw.com, r43974@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                TOTAL: 6