UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROBERT H. JOHNSON LLC
1818 Old Cuthbert Road, Suite 107
Cherry Hill, NJ 08034
(856) 298-9328
Attorneys for Debtor
Robert H. Johnson (RJ-0077)

**Order Filed on November 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Stephen Joseph DeSimone
          Debtor.

| | |
|---|---|
| Case No.: | 18-32382 |
| Chapter: | 13 |
| Hearing Date: | 11/13/19 |
| Judge: | Michael B. Kaplan |

## ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: November 13, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**Page 2**

    This matter having come before the Court on Motion/Application of __Stephen Joseph DeSimone__, for an Order Dismissing/Converting Debtor's case, and good cause having been shown, it is hereby

    **ORDERED** as follows:

- ☒ case is dismissed.

- ☐ case is converted to a proceeding under Chapter 7.

- ☐ case is converted to a proceeding under Chapter 11.

- ☐ case is allowed to continue under Chapter 13 upon the following terms and conditions:

    - ☐ (a) payments to the Trustee shall continue in the amount of _____ dollars/month for an additional _____ months;

    - ☐ (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

    - ☐ (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payment, with Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case shall be dismissed;

    - ☐ (d) Other (ie, Counsel Fee Award or other relief to moving party)
        _____
        _____
        _____

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a) $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b) $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c) Other: _____
_____
_____

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen Joseph DeSimone  
    Debtor

Case No. 18-32382-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.  
db         +Stephen Joseph DeSimone,    9 Harvest Way,    Little Egg Harbor, NJ 08087-4043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:  
       Albert    Russo    docs@russotrustee.com  
       Anthony L. Velasquez     on behalf of Creditor    KKR Holdings, LLC avelasquez@tryko.com  
       Denise E. Carlon     on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald     on behalf of Creditor    Kubota Credit Corporation  
        kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Robert H. Johnson     on behalf of Debtor Stephen Joseph DeSimone ecfmail@rhjlaw.com,  
        r43974@notify.bestcase.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 6